# BRANDON J. BRODERICK
## ATTORNEY AT LAW
A Limited Liability Company

Brandon J. Broderick+^
Ryan R. Broderick+°
Matthew H. Broderick+
Kevin E. Kruse, MBA+^
Marc S. Borden+^
Eric J. Plantier+^
Greg Shaffer+^*
Bianca N. Pagani+^
Raymond S. Carroll+^
Anthony J. Vindigni+^
Brian W. Banasiak+
Paul F. Romano+
Marc W. Garbar+^
Paul A. Krauss+
Dhruv K. Patel+
Kenneth W. Thayer+
Charles H. Lynch+
Jason A. Richman^

Stephen A. Mennella+
Matthew V. Futerfas+◊
Tiffany Glenn Burress+^
Bruce S. Cantin^
Ryan L. Franco+
Christopher A. Bradley+◊
Richard C. Embden+
David E. Rehe+^
John (Jake) Van Dyken+^
Brian R. Lehrer+
Kristy L. Krasowski+◊
William W. Wallis+^
Justin M. Day+
Christopher T. Karounos+*
Susan M. Madar+
Melissa A. Perrotta Marinelli^
Lisa A. Lehrer+◊*

11 Broadway
Suite 615
New York, NY 10004
T: (212) 600-9536
F: (201) 489-0878

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

+ NJ Bar    ^ NY Bar
° CT Bar    ◊ PA Bar

December 14, 2022

**VIA ECF**
Honorable Judge Sanket J. Bulsara
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Allen v. Quality Facility Solutions Corp, et al.**
               **Civil Action No. 1:22-cv-00967 (NRM)(SJB)**

Dear Magistrate Judge Bulsara:

       We represent defendants BIM Cleaning Services Inc. and Brendan Pacheco in the above captioned matter. The matter is calendared for a status conference tomorrow, December 15, 2022, at 11:00 a.m. We write to respectfully request an adjournment until January or as soon thereafter as is convenient for the Court. I am currently out on leave and all other counsel were gracious in their consent to the current application. Your Honor's kind consideration herein is greatly appreciated.

                                                           Respectfully submitted,

                                                BRANDON J. BRODERICK, ATTORNEY AT LAW

                                               *s// Marc W. Garbar*
                                               Marc W. Garbar

River Edge, NJ ▪ Ewing, NJ ▪ Toms River, NJ ▪ Edison, NJ ▪ Newark, NJ
New York, NY ▪ Rochester, NY ▪ Huntington, NY ▪ Bridgeport, CT

www.brandonjbroderick.com