# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

August 8, 2023

**Via ECF**:
The Honorable Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Allen v. Quality Facility Solutions Corp et al*
               Case No. 22-cv-00967-RPK-SJB

Dear Judge Bulsara:

      This firm represents Plaintiff in the above-referenced matter. We write, jointly with counsel for Defendants, to inform the Court that the parties did not resolve the matter at the parties' August 7, 2023, mediation. However, the parties are still communicating regarding settlement and will inform the Court immediately if a settlement in principle is reached.

      As parties continue settlement discussions in the hopes of resolving the matter, we are moving forward with discovery, including depositions.

      We thank Your Honor for your attention to the above.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF