UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NEIL ALLEN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

QUALITY FACILITY SOLUTIONS CORP
    d/b/a QUALITY FLOORSHINE
    d/b/a QFS,
BIM CLEANING SERVICES INC.,
JOHN DOE CORPORATIONS 1-100,
ESTHER FALKOWITZ, and
BRENDAN PACHECO,
                Defendants.

Case No.: 22-cv-00967

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff NEIL ALLEN hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated September 14, 2023, and annexed hereto as **Exhibit A**.

Dated: September 15, 2023

                              Respectfully submitted,

By: _____
                              C.K. Lee, Esq. (CL 4086)
                              LEE LITIGATION GROUP, PLLC
                              148 West 24th Street, 8th Floor
                              New York, NY 10011
                              Tel.: (212) 465-1188
                              Fax: (212) 465-1181
                              *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

On behalf of QUALITY FACILITY SOLUTIONS CORP and ESTHER FALKOWITZ
BOOK LAW, LLP
Nadav Zamir
NZamir@booklawllp.com
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 221-7999
*Attorney for Defendants*

On behalf of BIM CLEANING SERVICES INC. and BRENDAN PACHECO
GRECO LAW FIRM
Marc W. Garbar
mgarbar@grecofirm.com
1599 Highway 34, Suite 2
Wall, NJ 07727
732-704-4020
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.