UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL ALLEN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br>Plaintiff,<br><br>v.<br><br>QUALITY FACILITY SOLUTIONS CORP<br>    d/b/a QUALITY FLOORSHINE<br>    d/b/a QFS,<br>BIM CLEANING SERVICES INC.,<br>JOHN DOE CORPORATIONS 1-100,<br>ESTHER FALKOWITZ, and<br>BRENDAN PACHECO,<br>Defendants. | Case No.: 22-cv-00967<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants QUALITY FACILITY SOLUTIONS CORP d/b/a QUALITY FLOORSHINE d/b/a QFS ("QUALITY"), BIM CLEANING SERVICES INC. ("BIM"), JOHN DOE CORPORATIONS 1-100, ESTHER FALKOWITZ, and BRENDAN PACHECO (collectively "Defendants"), having offered to allow Plaintiff NEIL ALLEN ("Plaintiff") to take a judgment against them, in the full and complete sum of Five Thousand and No Cents ($5,000.00), which is inclusive of reasonable attorneys' fees, costs, and expenses, to resolve all of Plaintiff's individual claims against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 14, 2023 and filed as Exhibit A to Docket Number 51;

**WHEREAS**, on September 15, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 51);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff NEIL ALLEN, in the sum of $5,000.00, in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment dated September 14, 2023 and filed as Exhibit A to Docket Number 51. The Clerk of Court is respectfully directed to close this case.

Dated: September 21, 2023  
Brooklyn, New York

BRENNA B. MAHONEY  
CLERK OF COURT

BY: *Jalitza Poveda*  
Deputy Clerk